Michael D. McGill SBN 231613
mcgill@policeattorney.com
Russell M. Perry SBN 246252
russell@policeattorney.com
LACKIE, DAMMEIER & MCGILL APC
367 North Second Avenue
Upland, CA 91786
Tel: (909) 985-4003
Fax: (909) 985-3299

Attorneys for Plaintiff
ROBERT "LEO" MCSWEENEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT "LEO" MCSWEENEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BELL, A Public Entity; ROBERT RIZZO, as City Manager; ANDY PROBST, Individually and as Chief of Police; MICHAEL CHAVEZ, Individually and as the Assistant Chief of Police; ANTHONY MIRANDA, Individually and as a Captain; STEVE FINKELSTEIN, Individually and as a Captain; SERGIO CAMACHO, Individually and as a Lieutenant; and DOES 1 THROUGH 10 INCLUSIVE;<br><br>Defendants. | Case No.: CV 08-7006-JFW (PLAx)<br><br>*Honorable John F. Walter*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE.** |

PLEASE TAKE NOTICE that Plaintiff hereby voluntarily dismisses this action in its entirety without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

///

///

///

```
           IT IS SO ORDERED
              JUNE 4, 2009

                             JOHN F. WALTER /S/
                             U.S. DISTRICT JUDGE
```

1

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE.